[No. 34897-3-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL M.
THOMPSON, ET AL., *Defendants*, JOHN A. VISSER,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06971-3, James Noe, J., entered July 13,
1994. *Affirmed* by unpublished opinion per Baker, C.J.,
concurred in by Webster and Becker, JJ.

[No. 35321-7-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TED M.
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01415-0, John M. Darrah, J., entered
September 24, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Kennedy, A.C.J., and Web-
ster, J.

[No. 35375-6-I.    Division One.    December 23, 1996.]

RALPH DEPHILLIPS, JR., *Appellant*, v. ZOLT
CONSTRUCTION COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-00581-9, David A. Nichols, J.,
entered September 2, 1994. *Affirmed* by unpublished
opinion per Ellington, J., concurred in by Baker, C.J., and
Coleman, J.

[No. 36148-1-I.    Division One.    December 23, 1996.]

MAYNARD LEWIS, ET AL., *Appellants*, v. ALLSTATE
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Skagit County, No. 93-2-00759-3, Anita Louise Farris, J.,
entered February 9, 1995. *Affirmed* by unpublished opinion
per Baker, C.J., concurred in by Webster and Kennedy,
JJ.